

Express Scripts, Inc.
P.O. Box 66505
St. Louis, MO 63166-6505

09/06/2015

BURKLOW PHARMACY
4880 WOODBINE RD
PACE, FL 32571

TIN: 593445181
PRINCIPAL: $5445.85

NABP: #1080477

Dear BURKLOW PHARMACY:

On 08/07/2015 we sent you a letter stating there was an overpayment in the amount of $357,48.37. As of today, your current balance is $5,445.85. On the check(s) listed below we sent you payment to cover services furnished to TRICARE beneficiaries during that remittance cycle. This was for pharmaceutical claims processed for TRICARE beneficiaries in the normal course of business. However, this check(s) represents an overpayment of $5,445.85.

| Check No. | Check Date |
|---|---|
| 2331103 | 03/18/2015 |

On the 07/08/2015 remittance, multiple claim reversals were submitted by the pharmacy for which other claims were not available to offset. This situation created the overpayment. Subsequent remittances have not resulted in the full offset of this payment. At this time we are required by TRICARE to send this letter advising you of the overpayment and make you aware of your rights. We regret any inconvenience that this error may have caused.

The Federal Claims Collection Act, beginning at 31 U.S.C. 3701, requires that federal agencies, including TMA, collect government funds which were mistakenly issued from their accounts. Further, government agencies are required to collect interest on all delinquent debts at the rate of 1 percent per year. Interest charges will be waived if this debt is paid in full within 30 days from the date of this letter. If payment is not made within 30 days, interest will accrue from the date of this letter. If the claim(s) on which this recoupment action is based was assigned to a participating provider, both the provider and the TRICARE beneficiary have the right to appeal this determination. If the claim(s) was not assigned, only the beneficiary may appeal this determination.

Additionally, federal agencies are required to assess a penalty charge, not to exceed 6% per year, upon any portion of the amount you owe that is delinquent for more than 90 days, and administrative costs, based upon the costs incurred in processing and handling the case because it became delinquent.

Finally, we are required to annotate your records to enable us to collect the erroneous payment by administrative offset against future TRICARE claims. No such offset action will be taken for 60 days from the date of this letter, however. Since the possibility of offset against your TRICARE claim exists, we are required to provide the following information to you.
You have the right to inspect and copy all records pertaining to this debt. If you believe this determination regarding your TRICARE coverage is incorrect or dispute the amount of the debt as calculated herein, you have a right to request an administrative review of the indebtedness.



For the purposes of this recoupment action, your right to an administrative review includes your right to a Reconsideration under the regulation which govern TRICARE appeals (32 CFR 199.10). If you request an administrative review, you will be advised if you have further appeal rights to TMA.

Your request must be in writing and must be received by this office within 90 days from the date of this letter. Your request should state specific reasons for believing that you believe you are not indebted for any amount listed herein, and should be accompanied by supporting documentation, such as bookkeeping and medical records, and a copy of this letter. If you wish to request a waiver based upon an inability to pay, you will be required to complete a financial affidavit. If it then appears that you are financially unable to make a full refund at this time, you may be afforded an opportunity to enter into a written agreement for repayment of the debt. Please note, however, that any payment plan will include an interest charge at the rate specified above.

Payment of the total amount shown above within 30 days is considered payment in full. To satisfy your debt immediately, send a check or money order for the total amount, made payable to TRICARE, to Express Scripts Inc. in the enclosed self-addressed envelope. If payment is not received within 30 days, interest and other late charges will accrue.

Your cooperation and prompt attention to this matter is very much appreciated.

Sincerely,


Cherish Williams
Government Finance
Express Scripts, Inc.
Telephone: 314-684-7476
Fax: 1-888-802-4278
cfwilliams2@express-scripts.com


Enclosures:
Self-addressed envelope
Overpayment Notification
Detail of Overpayment

Ref: N1080477C0841150806

# Detail of Overpayment

**Pharmacy Name:** BURKLOW PHARMACY    **NCPDP:** 1080477    **Date of Report:** 09/03/2015

## Reversals

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 851911 | 02/06/2015 | 2015051FL NC98H | | | | | ($10,568.21) | 03/18/2015 | 2331103 | Pharmacy Reversal |
| N | 1080477 | 851912 | 02/06/2015 | 2015051FL W0PMB | | | | | ($26,775.60) | 03/18/2015 | 2331103 | Pharmacy Reversal |
| N | 1080477 | 851913 | 02/06/2015 | 2015051FL 57C4H | | | | | ($1,557.63) | 03/18/2015 | 2331103 | Pharmacy Reversal |
| N | 1080477 | 851914 | 02/06/2015 | 2015051FL RKN3B | | | | | ($14,370.63) | 03/18/2015 | 2331103 | Pharmacy Reversal |

($53,272.07)

## Offsets (claims not remitted to reduce the overall debt owed)

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt |
|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 825650 | 06/26/2015 | 2015177FL J16YM | | | | | $1.57 |
| N | 1080477 | 826678 | 07/03/2015 | 2015184FL N9NWR | | | | | $31.28 |
| N | 1080477 | 837511 | 07/06/2015 | 2015187FL 3H9G7 | | | | | $170.77 |
| N | 1080477 | 842315 | 07/02/2015 | 2015183FL V0FYV | | | | | $23.50 |
| N | 1080477 | 847696 | 06/23/2015 | 2015174FL NXHZK | | | | | $142.58 |
| N | 1080477 | 851283 | 06/26/2015 | 2015177FL JDW43 | | | | | $10.95 |
| N | 1080477 | 853181 | 07/06/2015 | 2015187FL PS3GW | | | | | $2.41 |
| N | 1080477 | 853375 | 06/30/2015 | 2015181FL W3GXB | | | | | $5.43 |
| N | 1080477 | 854787 | 06/29/2015 | 2015180FL 1DLK7 | | | | | $2.23 |
| N | 1080477 | 855749 | 07/03/2015 | 2015184FL CPX8X | | | | | $10.89 |
| N | 1080477 | 856964 | 06/27/2015 | 2015178FL KWRGF | | | | | $220.24 |
| N | 1080477 | 857368 | 06/26/2015 | 2015177FL DY2WP | | | | | $8.19 |
| N | 1080477 | 857631 | 07/06/2015 | 2015187FL FZBLY | | | | | $4.17 |
| N | 1080477 | 859025 | 07/03/2015 | 2015184FL WW4P7 | | | | | $3.95 |
| N | 1080477 | 861021 | 07/01/2015 | 2015182FL TD3FM | | | | | $661.23 |
| N | 1080477 | 861600 | 06/29/2015 | 2015180FL D20TY | | | | | $25.23 |
| N | 1080477 | 862279 | 06/29/2015 | 2015180FL DK45F | | | | | $9.20 |
| N | 1080477 | 862280 | 06/29/2015 | 2015180FL BV1Y5 | | | | | $6.49 |
| N | 1080477 | 863013 | 07/03/2015 | 2015184FL G64K3 | | | | | $15.87 |
| N | 1080477 | 864095 | 06/23/2015 | 2015174FL ZDP6F | | | | | $0.25 |
| N | 1080477 | 864593 | 06/26/2015 | 2015177FL B9ZTP | | | | | $4.25 |
| N | 1080477 | 865247 | 06/27/2015 | 2015178FL S1LTD | | | | | $45.65 |
| N | 1080477 | 865740 | 06/29/2015 | 2015180FL JN66P | | | | | $0.25 |
| N | 1080477 | 865880 | 07/06/2015 | 2015187FL BT4VJ | | | | | $82.28 |
| N | 1080477 | 865882 | 07/06/2015 | 2015187FL 63LWD | | | | | $26.67 |
| N | 1080477 | 866235 | 07/02/2015 | 2015183FL FPZ4T | | | | | $42.34 |
| N | 1080477 | 866481 | 06/30/2015 | 2015181FL H9HT1 | | | | | $31.97 |
| N | 1080477 | 868790 | 07/02/2015 | 2015183FL XT6N9 | | | | | $108.65 |
| N | 1080477 | 868234 | 06/26/2015 | 2015177FL M6VCH | | | | | $285.77 |
| N | 1080477 | 868236 | 06/26/2015 | 2015177FL 197L4 | | | | | $10.75 |
| N | 1080477 | 868243 | 06/26/2015 | 2015177FL 15WLW | | | | | $5.75 |
| N | 1080477 | 869212 | 07/05/2015 | 2015187FL WVSHJ | | | | | $10.53 |
| N | 1080477 | 869213 | 07/06/2015 | 2015187FL WSS00 | | | | | $447.60 |
| N | 1080477 | 869790 | 07/06/2015 | 2015187FL BSTTX | | | | | $15.47 |
| N | 1080477 | 870805 | 07/01/2015 | 2015182FL 2FJBD | | | | | $171.92 |
| N | 1080477 | 871653 | 07/03/2015 | 2015184FL D0G5M | | | | | $2.00 |
| N | 1080477 | 872099 | 06/23/2015 | 2015174FL XKZV3 | | | | | $27.93 |
| N | 1080477 | 872101 | 06/23/2015 | 2015174FL 4B449 | | | | | $4.25 |
| N | 1080477 | 872198 | 06/24/2015 | 2015175FL J0V3N | | | | | $0.25 |
| N | 1080477 | 872199 | 06/24/2015 | 2015175FL J4NNS | | | | | $31.07 |
| N | 1080477 | 872200 | 06/24/2015 | 2015175FL 7MWC8 | | | | | $47.59 |
| N | 1080477 | 872281 | 06/24/2015 | 2015175FL YLLZ5 | | | | | $4.90 |

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 872288 | 06/24/2015 | 2015175FL DKXZG | | | | | $34.61 | | | |
| N | 1080477 | 872289 | 06/24/2015 | 2015175FL WSYPB | | | | | $200.61 | | | |
| N | 1080477 | 872371 | 06/25/2015 | 2015176FL BLHDG | | | | | $253.36 | | | |
| N | 1080477 | 872401 | 06/25/2015 | 2015176FL HMNTN | | | | | $2.25 | | | |
| N | 1080477 | 872417 | 06/25/2015 | 2015176FL P2RSX | | | | | $11.93 | | | |
| N | 1080477 | 872432 | 06/25/2015 | 2015176FL TL0RK | | | | | $33.79 | | | |
| N | 1080477 | 872444 | 06/25/2015 | 2015176FL 268YP | | | | | $69.66 | | | |
| N | 1080477 | 872470 | 06/25/2015 | 2015176FL 12WKN | | | | | $23.45 | | | |
| N | 1080477 | 872471 | 06/25/2015 | 2015176FL KY29D | | | | | $19.92 | | | |
| N | 1080477 | 872494 | 06/26/2015 | 2015177FL HFW38 | | | | | $5.00 | | | |
| N | 1080477 | 872495 | 06/26/2015 | 2015177FL JD4C6 | | | | | $245.20 | | | |
| N | 1080477 | 872501 | 06/26/2015 | 2015177FL TPV1B | | | | | $27.92 | | | |
| N | 1080477 | 872581 | 06/26/2015 | 2015177FL 6SCF1 | | | | | $26.88 | | | |
| N | 1080477 | 872628 | 06/27/2015 | 2015178FL ZG324 | | | | | $31.07 | | | |
| N | 1080477 | 872697 | 06/29/2015 | 2015180FL ZZDCL | | | | | $17.21 | | | |
| N | 1080477 | 872795 | 06/29/2015 | 2015180FL CLXD7 | | | | | $202.30 | | | |
| N | 1080477 | 872904 | 06/30/2015 | 2015181FL 22NFS | | | | | $0.25 | | | |
| N | 1080477 | 872946 | 06/30/2015 | 2015181FL LD9S0 | | | | | $2.07 | | | |
| N | 1080477 | 872952 | 06/30/2015 | 2015181FL VLND3 | | | | | $2.84 | | | |
| N | 1080477 | 872971 | 06/30/2015 | 2015181FL H55MR | | | | | $10.00 | | | |
| N | 1080477 | 873032 | 07/01/2015 | 2015182FL 8ZJV4 | | | | | $8.50 | | | |
| N | 1080477 | 873034 | 07/01/2015 | 2015182FL M1007 | | | | | $13.04 | | | |
| N | 1080477 | 873045 | 07/01/2015 | 2015182FL C69PY | | | | | $142.28 | | | |
| N | 1080477 | 873062 | 07/01/2015 | 2015182FL GB0ND | | | | | $3.59 | | | |
| N | 1080477 | 873153 | 07/01/2015 | 2015182FL V3H30 | | | | | $0.76 | | | |
| N | 1080477 | 873182 | 07/02/2015 | 2015183FL BPMS4 | | | | | $4.42 | | | |
| N | 1080477 | 873212 | 07/02/2015 | 2015183FL 08GFK | | | | | $10.92 | | | |
| N | 1080477 | 873245 | 07/02/2015 | 2015183FL B1ZG1 | | | | | $6.93 | | | |
| N | 1080477 | 873256 | 07/02/2015 | 2015183FL 0Y66F | | | | | $2.70 | | | |
| N | 1080477 | 873280 | 07/02/2015 | 2015183FL WG6ZX | | | | | $0.25 | | | |
| N | 1080477 | 873281 | 07/02/2015 | 2015183FL TP1ZS | | | | | $26.75 | | | |
| N | 1080477 | 873312 | 07/02/2015 | 2015183FL Z08HF | | | | | $15.75 | | | |
| N | 1080477 | 873341 | 07/02/2015 | 2015183FL LRF56 | | | | | $171.92 | | | |
| N | 1080477 | 873355 | 07/02/2015 | 2015183FL N4HJF | | | | | $55.22 | | | |
| N | 1080477 | 873359 | 07/02/2015 | 2015183FL MVY5X | | | | | $11.02 | | | |
| N | 1080477 | 873396 | 07/02/2015 | 2015183FL 5MW4M | | | | | $118.74 | | | |
| N | 1080477 | 873455 | 07/03/2015 | 2015184FL 1LHMC | | | | | $15.47 | | | |
| N | 1080477 | 873456 | 07/03/2015 | 2015184FL CVS18 | | | | | $5.80 | | | |
| N | 1080477 | 873531 | 07/06/2015 | 2015187FL TP6CT | | | | | $24.91 | | | |
| N | 1080477 | 873574 | 07/06/2015 | 2015187FL 8BJ76 | | | | | $4.25 | | | |
| N | 1080477 | 873643 | 07/06/2015 | 2015187FL XPH8V | | | | | $365.18 | | | |
| N | 1080477 | 873655 | 07/06/2015 | 2015187FL 7GYM9 | | | | | $55.27 | | | |
| N | 1080477 | 821397 | 07/07/2015 | 2015188FL 71SX3 | | | | | $11.93 | | | |
| N | 1080477 | 828907 | 07/14/2015 | 2015195FL B7JYV | | | | | $76.50 | | | |
| N | 1080477 | 831745 | 07/07/2015 | 2015188FL RG3KR | | | | | $245.87 | | | |
| N | 1080477 | 833344 | 07/10/2015 | 2015191FL TVBSP | | | | | $3.05 | | | |
| N | 1080477 | 833714 | 07/18/2015 | 2015199FL 1W3GB | | | | | $506.15 | | | |
| N | 1080477 | 834953 | 07/14/2015 | 2015195FL D6KC5 | | | | | $46.08 | | | |
| N | 1080477 | 836109 | 07/14/2015 | 2015195FL VG6TY | | | | | $345.83 | | | |
| N | 1080477 | 843544 | 07/07/2015 | 2015188FL 2HGPF | | | | | $12.88 | | | |
| N | 1080477 | 843573 | 07/20/2015 | 2015201FL LN5JD | | | | | $20.03 | | | |
| N | 1080477 | 843996 | 07/18/2015 | 2015199FL 89KND | | | | | $245.20 | | | |
| N | 1080477 | 843997 | 07/18/2015 | 2015199FL FLSN5 | | | | | $90.01 | | | |
| N | 1080477 | 843998 | 07/18/2015 | 2015199FL JD4JV | | | | | $3.71 | | | |
| N | 1080477 | 844060 | 07/14/2015 | 2015195FL F6T0L | | | | | $59.19 | | | |
| N | 1080477 | 844525 | 07/16/2015 | 2015197FL ZZPC1 | | | | | $0.24 | | | |
| N | 1080477 | 847482 | 07/10/2015 | 2015191FL NV287 | | | | | $7.00 | | | |
| N | 1080477 | 848561 | 07/14/2015 | 2015195FL NSG4V | | | | | $403.25 | | | |
| N | 1080477 | 848582 | 07/14/2015 | 2015195FL S412S | | | | | $4.25 | | | |
| N | 1080477 | 848584 | 07/14/2015 | 2015195FL 1F5R8 | | | | | $4.25 | | | |
| N | 1080477 | 849702 | 07/09/2015 | 2015190FL H816Y | | | | | $0.76 | | | |
| N | 1080477 | 850310 | 07/07/2015 | 2015188FL W1YX3 | | | | | $454.04 | | | |
| N | 1080477 | 850775 | 07/18/2015 | 2015199FL YLV9V | | | | | $437.36 | | | |
| N | 1080477 | 857419 | 07/18/2015 | 2015199FL G889V | | | | | $2.07 | | | |
| N | 1080477 | 859420 | 07/07/2015 | 2015188FL 15YD6 | | | | | $0.25 | | | |
| N | 1080477 | 859735 | 07/09/2015 | 2015190FL 7XB1B | | | | | $0.86 | | | |
| N | 1080477 | 860467 | 07/13/2015 | 2015194FL XHTK7 | | | | | $245.20 | | | |
| N | 1080477 | 861902 | 07/14/2015 | 2015195FL VB53B | | | | | $19.93 | | | |
| N | 1080477 | 863187 | 07/15/2015 | 2015196FL 6P3GB | | | | | $35.92 | | | |
| N | 1080477 | 863473 | 07/18/2015 | 2015199FL DK15D | | | | | $8.25 | | | |
| N | 1080477 | 863477 | 07/15/2015 | 2015196FL WFJWZ | | | | | $92.93 | | | |

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 865739 | 07/13/2015 | 2015194FL XK8W6 | | | | | $4.65 | | | |
| N | 1080477 | 866132 | 07/07/2015 | 2015188FL M2FC4 | | | | | $42.62 | | | |
| N | 1080477 | 866997 | 07/07/2015 | 2015188FL 4SVFH | | | | | $580.06 | | | |
| N | 1080477 | 867040 | 07/14/2015 | 201519SFL 9PY4P | | | | | $26.86 | | | |
| N | 1080477 | 867600 | 07/08/2015 | 2015189FL 55SCS | | | | | $240.61 | | | |
| N | 1080477 | 867735 | 07/17/2015 | 2015196FL 79057 | | | | | $13.49 | | | |
| N | 1080477 | 868470 | 07/08/2015 | 2015189FL R96W4 | | | | | $16.55 | | | |
| N | 1080477 | 869006 | 07/13/2015 | 2015194FL 1LHB7 | | | | | $10.04 | | | |
| N | 1080477 | 869130 | 07/07/2015 | 2015188FL FGRFV | | | | | $0.24 | | | |
| N | 1080477 | 869794 | 07/07/2015 | 2015188FL 0DZBW | | | | | $11.10 | | | |
| N | 1080477 | 870084 | 07/14/2015 | 2015195FL 5M7Y2 | | | | | $19.35 | | | |
| N | 1080477 | 870945 | 07/10/2015 | 2015191FL 45ZYS | | | | | $0.25 | | | |
| N | 1080477 | 871005 | 07/14/2015 | 2015195FL K9PD2 | | | | | $46.02 | | | |
| N | 1080477 | 871008 | 07/14/2015 | 2015195FL K8ZDG | | | | | $12.25 | | | |
| N | 1080477 | 871110 | 07/13/2015 | 2015194FL PYRL5 | | | | | $118.74 | | | |
| N | 1080477 | 871450 | 07/20/2015 | 2015201FL SXV4L | | | | | $12.25 | | | |
| N | 1080477 | 871503 | 07/17/2015 | 2015198FL T4XKF | | | | | $245.20 | | | |
| N | 1080477 | 871532 | 07/18/2015 | 2015189FL FSBFT | | | | | $557.67 | | | |
| N | 1080477 | 871533 | 07/15/2015 | 2015196FL TY4XJ | | | | | $43.31 | | | |
| N | 1080477 | 872401 | 06/25/2015 | 2015195FL YLM4X | | | | | $4.25 | | | |
| N | 1080477 | 872470 | 07/11/2015 | 2015192FL L5B52 | | | | | $23.45 | | | |
| N | 1080477 | 872983 | 07/16/2015 | 2015197FL NPCS2 | | | | | $282.58 | | | |
| N | 1080477 | 873751 | 07/07/2015 | 2015188FL VL6BY | | | | | $141.00 | | | |
| N | 1080477 | 873827 | 07/07/2015 | 2015188FL G2YPC | | | | | $13.10 | | | |
| N | 1080477 | 873879 | 07/08/2015 | 2015189FL HBD7D | | | | | $4.25 | | | |
| N | 1080477 | 874066 | 07/09/2015 | 2015190FL KX7SN | | | | | $42.34 | | | |
| N | 1080477 | 874166 | 07/09/2015 | 2015190FL 61V3N | | | | | $118.74 | | | |
| N | 1080477 | 874170 | 07/09/2015 | 2015190FL 2JY1S | | | | | $6.82 | | | |
| N | 1080477 | 874188 | 07/10/2015 | 2015191FL Y9V18 | | | | | $80.25 | | | |
| N | 1080477 | 874262 | 07/10/2015 | 2015191FL XPMC6 | | | | | $44.01 | | | |
| N | 1080477 | 874283 | 07/10/2015 | 2015191FL 0XZ7Z | | | | | $54.34 | | | |
| N | 1080477 | 874341 | 07/11/2015 | 2015192FL N585L | | | | | $18.13 | | | |
| N | 1080477 | 874403 | 07/16/2015 | 2015197FL YZX7P | | | | | $5.67 | | | |
| N | 1080477 | 874546 | 07/13/2015 | 2015194FL FDDSN | | | | | $452.61 | | | |
| N | 1080477 | 874571 | 07/14/2015 | 2015195FL 8F8PY | | | | | $34.98 | | | |
| N | 1080477 | 874582 | 07/14/2015 | 2015195FL BM9KS | | | | | $7.73 | | | |
| N | 1080477 | 874583 | 07/14/2015 | 2015195FL YVMN9 | | | | | $10.00 | | | |
| N | 1080477 | 874598 | 07/14/2015 | 2015195FL L9L53 | | | | | $236.99 | | | |
| N | 1080477 | 874599 | 07/14/2015 | 2015195FL FXDVK | | | | | $129.94 | | | |
| N | 1080477 | 874652 | 07/14/2015 | 2015195FL 29GPK | | | | | $4.25 | | | |
| N | 1080477 | 874682 | 07/14/2015 | 2015195FL 4ZGZ8 | | | | | $171.92 | | | |
| N | 1080477 | 874731 | 07/15/2015 | 2015196FL 1XCD8 | | | | | $34.98 | | | |
| N | 1080477 | 874737 | 07/15/2015 | 2015196FL BJP7T | | | | | $3.41 | | | |
| N | 1080477 | 874848 | 07/15/2015 | 2015196FL GF240 | | | | | $15.75 | | | |
| N | 1080477 | 874855 | 07/15/2015 | 2015196FL 13082 | | | | | $3,544.94 | | | |
| N | 1080477 | 874870 | 07/15/2015 | 2015196FL T2YMJ | | | | | $25.96 | | | |
| N | 1080477 | 874874 | 07/16/2015 | 2015197FL G7H9Y | | | | | $349.65 | | | |
| N | 1080477 | 874875 | 07/16/2015 | 2015197FL 48YN0 | | | | | $92.99 | | | |
| N | 1080477 | 874878 | 07/16/2015 | 2015197FL G3T8J | | | | | $6.61 | | | |
| N | 1080477 | 874883 | 07/16/2015 | 2015197FL KJVH7 | | | | | $773.00 | | | |
| N | 1080477 | 874896 | 07/16/2015 | 2015197FL XWC34 | | | | | $6.15 | | | |
| N | 1080477 | 874914 | 07/16/2015 | 2015197FL FK8PV | | | | | $54.80 | | | |
| N | 1080477 | 874940 | 07/16/2015 | 2015197FL XGN0Y | | | | | $50.67 | | | |
| N | 1080477 | 874942 | 07/16/2015 | 2015197FL 489CH | | | | | $6.62 | | | |
| N | 1080477 | 874968 | 07/16/2015 | 2015197FL 6B7W4 | | | | | $54.65 | | | |
| N | 1080477 | 875009 | 07/16/2015 | 2015197FL J0VLF | | | | | $10.00 | | | |
| N | 1080477 | 875014 | 07/17/2015 | 2015198FL 4WZVW | | | | | $97.25 | | | |
| N | 1080477 | 875062 | 07/17/2015 | 2015198FL 7R3XT | | | | | $31.07 | | | |
| N | 1080477 | 875133 | 07/17/2015 | 2015198FL 4G1HN | | | | | $6.81 | | | |
| N | 1080477 | 875239 | 07/20/2015 | 2015201FL GZKHL | | | | | $7.73 | | | |
| N | 1080477 | 875342 | 07/20/2015 | 2015201FL PTRZX | | | | | $6.20 | | | |
| N | 1080477 | 875375 | 07/20/2015 | 2015201FL 5G9P1 | | | | | $34.98 | | | |
| N | 1080477 | 875376 | 07/20/2015 | 2015201FL 181G0 | | | | | $6.61 | | | |
| N | 1080477 | 828678 | 07/31/2015 | 2015212FL 6WD0F | | | | | $31.28 | | | |
| N | 1080477 | 832621 | 07/31/2015 | 2015212FL SNYVW | | | | | $21.28 | | | |
| N | 1080477 | 837291 | 07/31/2015 | 2015212FL 19134 | | | | | $1,417.15 | | | |
| N | 1080477 | 838321 | 07/22/2015 | 2015203FL Y9TCF | | | | | $96.91 | | | |
| N | 1080477 | 840643 | 07/25/2015 | 2015206FL 0LJYF | | | | | $3.05 | | | |
| N | 1080477 | 843167 | 07/27/2015 | 2015208FL JT93D | | | | | $8.57 | | | |
| N | 1080477 | 847113 | 07/22/2015 | 2015203FL WRMRX | | | | | $86.11 | | | |
| N | 1080477 | 848840 | 07/30/2015 | 2015211FL L4154 | | | | | $37.01 | | | |

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 851263 | 07/25/2015 | 2015206FL VM225 | | | | | $10.95 | | | |
| N | 1080477 | 851823 | 07/28/2015 | 2015209FL 3K7YC | | | | | $10.00 | | | |
| N | 1080477 | 851824 | 07/28/2015 | 2015209FL F3CYT | | | | | $10.00 | | | |
| N | 1080477 | 853375 | 07/25/2015 | 2015206FL B61DP | | | | | $5.43 | | | |
| N | 1080477 | 854595 | 07/31/2015 | 2015212FL 5W1RK | | | | | $4.25 | | | |
| N | 1080477 | 855683 | 07/28/2015 | 2015209FL DD5SB | | | | | $5.00 | | | |
| N | 1080477 | 856866 | 07/30/2015 | 2015211FL MYJCN | | | | | $110.49 | | | |
| N | 1080477 | 856867 | 07/30/2015 | 2015211FL 54XKY | | | | | $197.41 | | | |
| N | 1080477 | 856869 | 07/30/2015 | 2015211FL KNT17 | | | | | $110.49 | | | |
| N | 1080477 | 856964 | 07/29/2015 | 2015210FL 5Z4FB | | | | | $209.90 | | | |
| N | 1080477 | 858478 | 07/28/2015 | 2015209FL 44NL8 | | | | | $1.20 | | | |
| N | 1080477 | 859420 | 07/31/2015 | 2015212FL 1WTB9 | | | | | $0.25 | | | |
| N | 1080477 | 861195 | 07/28/2015 | 2015209FL FS1H3 | | | | | $10.00 | | | |
| N | 1080477 | 861489 | 07/31/2015 | 2015212FL WXP0T | | | | | $21.00 | | | |
| N | 1080477 | 862279 | 07/29/2015 | 2015210FL 2TYLG | | | | | $9.20 | | | |
| N | 1080477 | 863148 | 07/25/2015 | 2015206FL B35MY | | | | | $279.57 | | | |
| N | 1080477 | 863494 | 07/22/2015 | 2015203FL 6JZXX | | | | | $20.15 | | | |
| N | 1080477 | 864095 | 07/31/2015 | 2015212FL 5CVSW | | | | | $0.25 | | | |
| N | 1080477 | 864583 | 07/27/2015 | 2015208FL 560FN | | | | | $4.25 | | | |
| N | 1080477 | 865647 | 07/30/2015 | 2015211FL 7GMN1 | | | | | $204.52 | | | |
| N | 1080477 | 866115 | 07/30/2015 | 2015211FL 2F8Z8 | | | | | $0.24 | | | |
| N | 1080477 | 866132 | 07/30/2015 | 2015211FL 386DD | | | | | $42.62 | | | |
| N | 1080477 | 866235 | 08/03/2015 | 2015215FL LPZV5 | | | | | $42.34 | | | |
| N | 1080477 | 866399 | 07/27/2015 | 2015208FL FC6H6 | | | | | $99.58 | | | |
| N | 1080477 | 866612 | 07/31/2015 | 2015212FL NK8V4 | | | | | $5.16 | | | |
| N | 1080477 | 866702 | 07/23/2015 | 2015204FL 0FZRM | | | | | $8.55 | | | |
| N | 1080477 | 866703 | 07/23/2015 | 2015204FL WXNS0 | | | | | $8.33 | | | |
| N | 1080477 | 866705 | 07/23/2015 | 2015204FL XZ2JH | | | | | $253.20 | | | |
| N | 1080477 | 866790 | 08/03/2015 | 2015215FL 36FC7 | | | | | $108.55 | | | |
| N | 1080477 | 866895 | 07/27/2015 | 2015208FL STVKL | | | | | $26.30 | | | |
| N | 1080477 | 867469 | 07/24/2015 | 2015205FL F6MW3 | | | | | $23.50 | | | |
| N | 1080477 | 867724 | 07/23/2015 | 2015204FL 1KXZ6 | | | | | $1.58 | | | |
| N | 1080477 | 867758 | 07/23/2015 | 2015204FL D1STB | | | | | $12.25 | | | |
| N | 1080477 | 867759 | 07/23/2015 | 2015204FL 06Y3K | | | | | $6.25 | | | |
| N | 1080477 | 868234 | 07/27/2015 | 2015208FL 4NYRF | | | | | $265.77 | | | |
| N | 1080477 | 868236 | 07/27/2015 | 2015208FL NLBV3 | | | | | $12.75 | | | |
| N | 1080477 | 868243 | 07/27/2015 | 2015208FL 2MBTV | | | | | $5.75 | | | |
| N | 1080477 | 868251 | 07/25/2015 | 2015206FL DC9S8 | | | | | $51.68 | | | |
| N | 1080477 | 868482 | 07/31/2015 | 2015212FL GD108 | | | | | $8.25 | | | |
| N | 1080477 | 869195 | 07/30/2015 | 2015211FL YFK5P | | | | | $20.15 | | | |
| N | 1080477 | 869197 | 07/30/2015 | 2015211FL GB8FL | | | | | $585.52 | | | |
| N | 1080477 | 869198 | 07/30/2015 | 2015211FL 7Z080 | | | | | $101.76 | | | |
| N | 1080477 | 869210 | 07/30/2015 | 2015211FL 3158H | | | | | $4.25 | | | |
| N | 1080477 | 869211 | 07/30/2015 | 2015211FL JNV9L | | | | | $110.49 | | | |
| N | 1080477 | 869212 | 07/30/2015 | 2015211FL SRS8J | | | | | $10.53 | | | |
| N | 1080477 | 869213 | 07/30/2015 | 2015211FL SK4YN | | | | | $447.60 | | | |
| N | 1080477 | 869537 | 08/03/2015 | 2015215FL 437G1 | | | | | $10.41 | | | |
| N | 1080477 | 870126 | 07/30/2015 | 2015211FL 08R65 | | | | | $139.72 | | | |
| N | 1080477 | 871100 | 07/21/2015 | 2015202FL MCP6M | | | | | $19.10 | | | |
| N | 1080477 | 872300 | 07/27/2015 | 2015208FL JYLHH | | | | | $4.26 | | | |
| N | 1080477 | 872494 | 07/28/2015 | 2015209FL FKTFG | | | | | $5.00 | | | |
| N | 1080477 | 872945 | 07/31/2015 | 2015212FL FCL8B | | | | | $2.07 | | | |
| N | 1080477 | 872952 | 07/31/2015 | 2015212FL 07P63 | | | | | $2.64 | | | |
| N | 1080477 | 873154 | 08/03/2015 | 2015215FL 69PV0 | | | | | $0.25 | | | |
| N | 1080477 | 873155 | 08/03/2015 | 2015215FL V6MZC | | | | | $661.23 | | | |
| N | 1080477 | 873156 | 08/03/2015 | 2015215FL BCWRP | | | | | $6.84 | | | |
| N | 1080477 | 873212 | 08/01/2015 | 2015213FL WT1KF | | | | | $10.92 | | | |
| N | 1080477 | 874824 | 07/21/2015 | 2015202FL CKBY7 | | | | | $131.14 | | | |
| N | 1080477 | 874941 | 07/25/2015 | 2015206FL 9HKV5 | | | | | $500.08 | | | |
| N | 1080477 | 874952 | 07/18/2015 | 2015202FL VDRTG | | | | | $4.59 | | | |
| N | 1080477 | 875423 | 07/21/2015 | 2015202FL TH0CG | | | | | $1.32 | | | |
| N | 1080477 | 875424 | 07/21/2015 | 2015202FL 4VNZ2 | | | | | $30.47 | | | |
| N | 1080477 | 875440 | 07/21/2015 | 2015202FL 8JJJP | | | | | $231.27 | | | |
| N | 1080477 | 875443 | 07/21/2015 | 2015202FL WB7FR | | | | | $76.25 | | | |
| N | 1080477 | 875455 | 07/21/2015 | 2015202FL 1HTRB | | | | | $62.83 | | | |
| N | 1080477 | 875459 | 07/21/2015 | 2015202FL R0RFJ | | | | | $226.46 | | | |
| N | 1080477 | 875464 | 07/21/2015 | 2015202FL 25B2Y | | | | | $4.25 | | | |
| N | 1080477 | 875485 | 07/21/2015 | 2015202FL L2FJK | | | | | $2.37 | | | |
| N | 1080477 | 875567 | 07/22/2015 | 2015205FL CDLH6 | | | | | $492.24 | | | |
| N | 1080477 | 875690 | 07/22/2015 | 2015203FL F34H7 | | | | | $18.52 | | | |
| N | 1080477 | 875771 | 07/23/2015 | 2015204FL ZVYX9 | | | | | $4.91 | | | |

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 875772 | 07/23/2015 | 2015204FL PTC17 | | | | | $245.51 | | | |
| N | 1080477 | 875776 | 07/23/2015 | 2015204FL 72DGB | | | | | $80.34 | | | |
| N | 1080477 | 875777 | 07/23/2015 | 2015204FL LVFMD | | | | | $87.81 | | | |
| N | 1080477 | 875831 | 07/23/2015 | 2015204FL 34DDP | | | | | $26.88 | | | |
| N | 1080477 | 875872 | 07/23/2015 | 2015204FL YT7WV | | | | | $40.00 | | | |
| N | 1080477 | 875920 | 07/24/2015 | 2015205FL PSR4J | | | | | $31.07 | | | |
| N | 1080477 | 875921 | 07/24/2015 | 2015205FL 7K2R1 | | | | | $0.25 | | | |
| N | 1080477 | 875922 | 07/24/2015 | 2015205FL K319C | | | | | $47.59 | | | |
| N | 1080477 | 875925 | 07/24/2015 | 2015205FL N7HVM | | | | | $35.38 | | | |
| N | 1080477 | 875950 | 07/24/2015 | 2015205FL 89ZBP | | | | | $1.89 | | | |
| N | 1080477 | 875964 | 07/24/2015 | 2015205FL 4VJ51 | | | | | $166.17 | | | |
| N | 1080477 | 875989 | 07/24/2015 | 2015205FL 71PX4 | | | | | $3.75 | | | |
| N | 1080477 | 876024 | 07/24/2015 | 2015205FL 63GPB | | | | | $6.15 | | | |
| N | 1080477 | 876121 | 07/27/2015 | 2015208FL 70VNV | | | | | $12.26 | | | |
| N | 1080477 | 876140 | 07/27/2015 | 2015208FL CMLXB | | | | | $76.97 | | | |
| N | 1080477 | 876202 | 07/27/2015 | 2015208FL RJ2K3 | | | | | $4.22 | | | |
| N | 1080477 | 876212 | 07/27/2015 | 2015208FL XBNX5 | | | | | $41.93 | | | |
| N | 1080477 | 876216 | 07/27/2015 | 2015208FL 9J5BR | | | | | $12.39 | | | |
| N | 1080477 | 876271 | 07/28/2015 | 2015209FL 550BX | | | | | $142.58 | | | |
| N | 1080477 | 876293 | 07/28/2015 | 2015209FL VW7HY | | | | | $41.11 | | | |
| N | 1080477 | 876338 | 07/28/2015 | 2015209FL ZFXMK | | | | | $26.15 | | | |
| N | 1080477 | 876382 | 07/28/2015 | 2015209FL T7BDW | | | | | $13.47 | | | |
| N | 1080477 | 876465 | 07/29/2015 | 2015210FL MJ3L7 | | | | | $208.62 | | | |
| N | 1080477 | 876478 | 07/29/2015 | 2015210FL 24R2B | | | | | $9.50 | | | |
| N | 1080477 | 876623 | 07/30/2015 | 2015211FL N08GS | | | | | $28.14 | | | |
| N | 1080477 | 876645 | 07/30/2015 | 2015211FL 5689K | | | | | $16.62 | | | |
| N | 1080477 | 876689 | 07/30/2015 | 2015211FL 119TY | | | | | $26.15 | | | |
| N | 1080477 | 876710 | 07/30/2015 | 2015211FL 62PTX | | | | | $81.89 | | | |
| N | 1080477 | 876711 | 07/30/2015 | 2015211FL JRWZ4 | | | | | $4.90 | | | |
| N | 1080477 | 876739 | 07/31/2015 | 2015212FL L03L3 | | | | | $44.09 | | | |
| N | 1080477 | 876758 | 07/31/2015 | 2015212FL RC9D7 | | | | | $21.15 | | | |
| N | 1080477 | 876827 | 07/31/2015 | 2015212FL F65HR | | | | | $231.61 | | | |
| N | 1080477 | 876828 | 07/31/2015 | 2015212FL 8MJSX | | | | | $7.75 | | | |
| N | 1080477 | 876850 | 07/31/2015 | 2015212FL 4HBWZ | | | | | $94.11 | | | |
| N | 1080477 | 876883 | 08/01/2015 | 2015213FL TLV07 | | | | | $47.59 | | | |
| N | 1080477 | 876989 | 08/03/2015 | 2015215FL J4CMV | | | | | $162.08 | | | |
| N | 1080477 | 877105 | 08/03/2015 | 2015215FL ZS8FZ | | | | | $171.92 | | | |
| N | 1080477 | 877115 | 08/03/2015 | 2015215FL FHVF8 | | | | | $51.83 | | | |
| N | 1080477 | 827426 | 08/10/2015 | 2015222FL 3B3X1 | | | | | $464.94 | | | |
| N | 1080477 | 830804 | 04/24/2015 | 2015114FL 6MSTP | | | | | $1,571.92 | | | |
| N | 1080477 | 833344 | 08/08/2015 | 2015220FL L2080 | | | | | $3.05 | | | |
| N | 1080477 | 833714 | 08/12/2015 | 2015224FL HLYZT | | | | | $506.15 | | | |
| N | 1080477 | 834953 | 08/13/2015 | 2015225FL 3Z3VZ | | | | | $35.55 | | | |
| N | 1080477 | 836109 | 08/13/2015 | 2015225FL W7BMH | | | | | $345.83 | | | |
| N | 1080477 | 840810 | 08/04/2015 | 2015216FL KFJ8D | | | | | $454.04 | | | |
| N | 1080477 | 843544 | 08/07/2015 | 2015219FL SD03H | | | | | $12.98 | | | |
| N | 1080477 | 844060 | 08/13/2015 | 2015225FL CCZ7R | | | | | $51.19 | | | |
| N | 1080477 | 847051 | 08/04/2015 | 2015216FL W544G | | | | | $85.62 | | | |
| N | 1080477 | 847080 | 08/14/2015 | 2015226FL X46M0 | | | | | $2.92 | | | |
| N | 1080477 | 848287 | 08/17/2015 | 2015229FL 411T8 | | | | | $65.02 | | | |
| N | 1080477 | 849321 | 08/14/2015 | 2015226FL 73D3V | | | | | $59.36 | | | |
| N | 1080477 | 849702 | 08/08/2015 | 2015220FL PBPWV | | | | | $0.76 | | | |
| N | 1080477 | 853181 | 08/10/2015 | 2015222FL 8XX67 | | | | | $2.41 | | | |
| N | 1080477 | 854757 | 08/17/2015 | 2015229FL ZWG2T | | | | | $2.23 | | | |
| N | 1080477 | 855749 | 08/14/2015 | 2015226FL 9G0HS | | | | | $10.89 | | | |
| N | 1080477 | 856965 | 08/10/2015 | 2015222FL 77R31 | | | | | $64.61 | | | |
| N | 1080477 | 856979 | 08/08/2015 | 2015220FL 9PWZY | | | | | $0.70 | | | |
| N | 1080477 | 857368 | 08/04/2015 | 2015216FL PP09V | | | | | $16.19 | | | |
| N | 1080477 | 859593 | 08/14/2015 | 2015226FL 5PLNC | | | | | $0.31 | | | |
| N | 1080477 | 859735 | 08/06/2015 | 2015218FL C8JTS | | | | | $0.86 | | | |
| N | 1080477 | 860467 | 08/12/2015 | 2015224FL NPP4Z | | | | | $245.20 | | | |
| N | 1080477 | 860755 | 08/17/2015 | 2015229FL 3G5G6 | | | | | $39.98 | | | |
| N | 1080477 | 863012 | 08/14/2015 | 2015226FL PRCNR | | | | | $390.21 | | | |
| N | 1080477 | 863473 | 08/12/2015 | 2015224FL 3F910 | | | | | $8.25 | | | |
| N | 1080477 | 864423 | 08/11/2015 | 2015223FL 27V9D | | | | | $198.04 | | | |
| N | 1080477 | 864737 | 08/11/2015 | 2015223FL 9X1D4 | | | | | $41.76 | | | |
| N | 1080477 | 865202 | 08/07/2015 | 2015219FL ZR181 | | | | | $18.23 | | | |
| N | 1080477 | 865880 | 08/06/2015 | 2015218FL GC2BT | | | | | $52.28 | | | |
| N | 1080477 | 865882 | 08/06/2015 | 2015218FL VD9KD | | | | | $26.67 | | | |
| N | 1080477 | 866481 | 08/08/2015 | 2015220FL CNLZY | | | | | $37.52 | | | |
| N | 1080477 | 866820 | 08/05/2015 | 2015217FL 5L6N0 | | | | | $13.49 | | | |

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 867735 | 08/17/2015 | 2015229FL MPYWJ | | | | | $13.49 | | | |
| N | 1080477 | 868229 | 08/05/2015 | 2015217FL 8R3Z2 | | | | | $0.55 | | | |
| N | 1080477 | 869130 | 08/08/2015 | 2015220FL 751LT | | | | | $0.24 | | | |
| N | 1080477 | 870271 | 08/14/2015 | 2015226FL 9MTCG | | | | | $0.33 | | | |
| N | 1080477 | 871005 | 08/13/2015 | 2015225FL 669RT | | | | | $46.02 | | | |
| N | 1080477 | 871006 | 08/13/2015 | 2015225FL P7MDF | | | | | $4.25 | | | |
| N | 1080477 | 871111 | 08/12/2015 | 2015224FL WFB3J | | | | | $114.71 | | | |
| N | 1080477 | 871532 | 08/17/2015 | 2015229FL WKY9M | | | | | $557.67 | | | |
| N | 1080477 | 871533 | 08/12/2015 | 2015224FL CT9GV | | | | | $51.31 | | | |
| N | 1080477 | 871853 | 08/14/2015 | 2015226FL BKFSW | | | | | $2.00 | | | |
| N | 1080477 | 872401 | 08/04/2015 | 2015216FL 6819H | | | | | $4.25 | | | |
| N | 1080477 | 872469 | 08/07/2015 | 2015219FL YL8FN | | | | | $6.00 | | | |
| N | 1080477 | 873162 | 08/06/2015 | 2015218FL KK7R5 | | | | | $610.75 | | | |
| N | 1080477 | 873527 | 08/14/2015 | 2015226FL MHGT1 | | | | | $1.35 | | | |
| N | 1080477 | 873608 | 08/14/2015 | 2015226FL JY1JN | | | | | $0.85 | | | |
| N | 1080477 | 873657 | 07/23/2015 | 2015229FL 2NNTS | | | | | $73.55 | | | |
| N | 1080477 | 874318 | 08/07/2015 | 2015219FL KV5BD | | | | | $0.25 | | | |
| N | 1080477 | 874652 | 08/15/2015 | 2015227FL 0P2S2 | | | | | $4.25 | | | |
| N | 1080477 | 874940 | 08/13/2015 | 2015225FL 7VW1M | | | | | $50.67 | | | |
| N | 1080477 | 874968 | 08/15/2015 | 2015227FL BSM8R | | | | | $54.65 | | | |
| N | 1080477 | 875019 | 08/13/2015 | 2015225FL HT0GM | | | | | $13.80 | | | |
| N | 1080477 | 875063 | 08/17/2015 | 2015229FL M277B | | | | | $31.07 | | | |
| N | 1080477 | 877132 | 08/05/2015 | 2015217FL 3W0RK | | | | | $83.27 | | | |
| N | 1080477 | 877215 | 08/04/2015 | 2015216FL NHT0T | | | | | $34.98 | | | |
| N | 1080477 | 877265 | 08/04/2015 | 2015216FL 7G5KM | | | | | $17.16 | | | |
| N | 1080477 | 877383 | 08/05/2015 | 2015217FL XC66G | | | | | $6.51 | | | |
| N | 1080477 | 877399 | 08/05/2015 | 2015217FL NZWG1 | | | | | $114.71 | | | |
| N | 1080477 | 877553 | 08/06/2015 | 2015218FL VWP6N | | | | | $726.30 | | | |
| N | 1080477 | 877555 | 08/06/2015 | 2015218FL 4YLKG | | | | | $7.00 | | | |
| N | 1080477 | 877556 | 08/06/2015 | 2015218FL WC82K | | | | | $4.25 | | | |
| N | 1080477 | 877593 | 08/06/2015 | 2015218FL 5LS2K | | | | | $5,599.67 | | | |
| N | 1080477 | 877607 | 08/06/2015 | 2015218FL 1DLFT | | | | | $13.10 | | | |
| N | 1080477 | 877677 | 08/07/2015 | 2015219FL DY30K | | | | | $179.82 | | | |
| N | 1080477 | 877696 | 08/07/2015 | 2015219FL 9MDVK | | | | | $254.67 | | | |
| N | 1080477 | 877743 | 08/07/2015 | 2015219FL HCJHL | | | | | $308.57 | | | |
| N | 1080477 | 877779 | 08/10/2015 | 2015222FL LWR9Y | | | | | $81.03 | | | |
| N | 1080477 | 877792 | 08/07/2015 | 2015219FL 2SLBF | | | | | $15.47 | | | |
| N | 1080477 | 877805 | 08/07/2015 | 2015219FL CV5FX | | | | | $0.25 | | | |
| N | 1080477 | 877840 | 08/08/2015 | 2015220FL 2HV12 | | | | | $448.64 | | | |
| N | 1080477 | 878019 | 08/10/2015 | 2015222FL 7X15M | | | | | $192.24 | | | |
| N | 1080477 | 878050 | 08/11/2015 | 2015223FL L8N5Z | | | | | $3.84 | | | |
| N | 1080477 | 878094 | 08/11/2015 | 2015223FL NKG2D | | | | | $12.14 | | | |
| N | 1080477 | 878096 | 08/11/2015 | 2015223FL DVGV3 | | | | | $0.24 | | | |
| N | 1080477 | 878097 | 08/11/2015 | 2015223FL 7NSDN | | | | | $1,417.15 | | | |
| N | 1080477 | 878109 | 08/11/2015 | 2015223FL KSJBT | | | | | $38.02 | | | |
| N | 1080477 | 878120 | 08/12/2015 | 2015224FL CR01K | | | | | $45.14 | | | |
| N | 1080477 | 878202 | 08/13/2015 | 2015225FL WS6V1 | | | | | $50.75 | | | |
| N | 1080477 | 878231 | 08/12/2015 | 2015224FL 3S6Z7 | | | | | $3.27 | | | |
| N | 1080477 | 878232 | 08/12/2015 | 2015224FL HR73F | | | | | $4.17 | | | |
| N | 1080477 | 878236 | 08/12/2015 | 2015224FL ZJBH6 | | | | | $25.13 | | | |
| N | 1080477 | 878287 | 08/12/2015 | 2015224FL C1S2R | | | | | $209.86 | | | |
| N | 1080477 | 878298 | 08/12/2015 | 2015224FL W8JXR | | | | | $183.55 | | | |
| N | 1080477 | 878341 | 08/13/2015 | 2015225FL GR8LH | | | | | $877.98 | | | |
| N | 1080477 | 878356 | 08/12/2015 | 2015224FL BNH6B | | | | | $434.35 | | | |
| N | 1080477 | 878357 | 08/12/2015 | 2015224FL 25M9Y | | | | | $1.89 | | | |
| N | 1080477 | 878368 | 08/12/2015 | 2015224FL CPMSW | | | | | $168.17 | | | |
| N | 1080477 | 878416 | 08/13/2015 | 2015225FL SBCPD | | | | | $4.25 | | | |
| N | 1080477 | 878417 | 08/13/2015 | 2015225FL PDKT0 | | | | | $4.25 | | | |
| N | 1080477 | 878443 | 08/13/2015 | 2015225FL G5M9P | | | | | $236.99 | | | |
| N | 1080477 | 878444 | 08/13/2015 | 2015225FL P2542 | | | | | $129.94 | | | |
| N | 1080477 | 878448 | 08/13/2015 | 2015225FL D1MHJ | | | | | $28.90 | | | |
| N | 1080477 | 878470 | 08/13/2015 | 2015225FL 5Z5LG | | | | | $4.33 | | | |
| N | 1080477 | 878496 | 08/13/2015 | 2015225FL Y9297 | | | | | $28.85 | | | |
| N | 1080477 | 878497 | 08/13/2015 | 2015225FL R9TP0 | | | | | $17.63 | | | |
| N | 1080477 | 878549 | 08/15/2015 | 2015227FL GL8VD | | | | | $6.80 | | | |
| N | 1080477 | 878559 | 08/14/2015 | 2015226FL N6NTN | | | | | $205.45 | | | |
| N | 1080477 | 878643 | 08/17/2015 | 2015229FL 0F0S6 | | | | | $500.08 | | | |
| N | 1080477 | 878645 | 08/14/2015 | 2015226FL SWKL3 | | | | | $3.41 | | | |
| N | 1080477 | 878663 | 08/14/2015 | 2015226FL 7XW8X | | | | | $37.40 | | | |
| N | 1080477 | 878701 | 08/15/2015 | 2015227FL T0DZW | | | | | $4.75 | | | |
| N | 1080477 | 878702 | 08/15/2015 | 2015227FL M414X | | | | | $5.11 | | | |

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 878708 | 08/17/2015 | 2015229FL WVZ7V | | | | | $6.15 | | | |
| N | 1080477 | 878709 | 08/17/2015 | 2015229FL 7KMFY | | | | | $773.00 | | | |
| N | 1080477 | 878716 | 08/17/2015 | 2015229FL 312TP | | | | | $97.25 | | | |
| N | 1080477 | 878748 | 08/17/2015 | 2015229FL V4YLZ | | | | | $15.67 | | | |
| N | 1080477 | 878762 | 08/17/2015 | 2015229FL 6FRF3 | | | | | $3.05 | | | |

$47,826.22

Current Balance Due

($5,445.85)

| Acct | NABP | Script | Fill Date | ICN | Ingred Cost | Disp Fee | Tax | Co Pay | Paid Amt | Original Check Date | Original Check Number | Recoupment Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 1080477 | 878708 | 08/17/2015 | 2015229FL WVZ7V | | | | | $6.15 | | | |
| N | 1080477 | 878709 | 08/17/2015 | 2015229FL 7KMFY | | | | | $773.00 | | | |
| N | 1080477 | 878716 | 08/17/2015 | 2015229FL 312TP | | | | | $97.25 | | | |
| N | 1080477 | 878748 | 08/17/2015 | 2015229FL V4YLZ | | | | | $15.67 | | | |
| N | 1080477 | 878762 | 08/17/2015 | 2015229FL 6FRF3 | | | | | $3.05 | | | |

$47,826.22

**Current Balance Due**

($5,445.85)