IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BURKLOW PHARMACY INC.,
a Foreign Corporation,

       Plaintiff,

vs.

EXPRESS SCRIPTS INC.,
a Corporation,

       Defendant.
_____/

Case No.:

JURY TRIAL DEMANDED

## PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. Proc. 65 (a) and (b), Plaintiff, by and through the undersigned counsel, hereby moves the Court for a temporary restraining order and a preliminary injunction based upon the facts set forth in the Plaintiff's *Complaint* filed concurrently herewith, the accompanying *Affidavit in Support of Motion for Temporary Injunction*, and *Plaintiff's Memorandum in Support of the Motion for Temporary Restraining Order and Preliminary Injunction*, attached hereto and made a part hereof.

Dated: October 16, 2015

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH, P.C.

*/s/ Stephen J. Moore*
Stephen J. Moore, #58100
7710 Carondelet Avenue, Suite 217
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
smoore@gjtbs.com
*Attorney for Burklow Pharmacy Inc.*


*/s/ Todd M. LaDouceur*
TODD M. LADOUCEUR, FL Bar No.: 064051
(*Pro Hac Vice* anticipated)
118 E. Garden Street
Pensacola, FL 32502
Phone: 850-436-7000
Fax: 850-436-7099
tmlservice@gallowayjohnson.com
*Attorney for Plaintiff*