**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BURKLOW PHARMACY INC., a Foreign Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 4:15-cv-01591 |
| EXPRESS SCRIPTS, INC. a Corporation, | ) ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Christopher A. Smith, of the law firm of Husch Blackwell LLP, and hereby enters his appearance on behalf of the Defendant Express Scripts, Inc.

Dated:  October 21, 2015

Respectfully submitted,

**HUSCH BLACKWELL LLP**

/s/ Christopher A. Smith
Christopher A. Smith No. 53266MO
Sarah C. Hellmann No. 50373MO
Jason Husgen No. 66761MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
sarah.hellmann@huschblackwell.com
jason.husgen@huschblackell.com

*Attorneys for Defendant Express Scripts, Inc.*

7701900

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of October, 2015, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon the following:

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH, P.C.

Stephen J. Moore
7710 Carondelet Avenue, Suite 217
St. Louis, MO 63105
Telephone:  (314) 725-0525
Facsimile:  (314) 725-7150
smoore@gjtbs.com

Todd M. LaDouceur
118 E. Garden Street
Pensacola, FL 32502
Telephone:  (850) 436-7000
Facsimile:  (850) 436-7099
tmlservice@gallowayjohnson.com

*Attorneys for Plaintiff Burklow Pharmacy Inc.*

                                                                /s/ Christopher A. Smith

7701900