UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet - Civil Case

**Date** 10/27/2015   **Judge** Henry E. Autrey   **Case No.** 4:15-CV-1591-HEA

Burklow Pharmacy, Inc.   v.   Express Scripts, Inc.

Court Reporter A. Daley   Deputy Clerk clk

Attorney(s) for Plaintiff(s) Todd Ladouceur

Attorney(s) for Defendant(s) Christopher Smith, Sarah Hellmann and Christina Moore w/AUSA Office

☐ Court Appoints _____   ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference         ☐ Pretrial Conference
☐ Status Conference          ☐ In Chambers Conference
☐ Motion Hearing             ☐ Informal Matter
☑ Oral Arguments             ☐ Settlement Conference

Parties present for hearing on TRO Hearing. Arugments heard; Case discussed; Court will take matter under submission and enter a ruling on or before Friday October 30, 2015.

Next hearing date/ time _____   Type of hearing _____
                Before _____
Proceeding commenced 1:04 pm   Proceeding concluded 2:10 pm
                Continued to _____

☐ **TERMINATE CASE REFERRAL**        ☐ **COPY TO DISTRICT JUDGE**