IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BURKLOW PHARMACY INC.,
a Foreign Corporation,

       Plaintiff,

vs.                                      Case No.: 4:15-cv-01591

                                              JURY TRIAL DEMANDED

EXPRESS SCRIPTS INC.,
a Corporation,

       Defendant.
_____/

## CERTIFICATE OF MAILING

The undersigned certifies that the originals of:

- Plaintiff's First Request For Production of Documents Directed to Defendant

were sent via e-mail (in WORD format) and regular mail, postage prepaid on this 2nd day of November, 2015 to:

Christopher A. Smith No. 53266MO
Sarah C. Hellmann No. 50373MO
Jason M. Husgen No. 66761MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
sarah.hellmann@huschblackwell.com

*Attorneys for Defendant Express Scripts, Inc.*

Dated:  November 2, 2015                    Respectfully submitted,

                                                       GALLOWAY, JOHNSON, TOMPKINS
                                                       BURR & SMITH, P.C.

                                                       /s/ Stephen J. Moore
                                                       Stephen J. Moore, #58100
                                                       7710 Carondelet Avenue, Suite 217
                                                       St. Louis, Missouri 63105
                                                       Telephone: (314) 725-0525
                                                       Facsimile: (314) 725-7150
                                                       smoore@gjtbs.com
                                                       Attorney for Burklow Pharmacy Inc.


                                                       /s/ Todd M. LaDoucuer
                                                       TODD M. LADOUCEUR,
                                                       FL Bar No.: 064051, *Pro Hac Vice*
                                                       118 E. Garden Street
                                                       Pensacola, FL 32502
                                                       Phone: 850-436-7000
                                                       Fax: 850-436-7099
                                                       tmlservice@gallowayjohnson.com
                                                       Attorney for Burklow Pharmacy Inc.


## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of November, 2015, the foregoing was served upon all counsel of record by one of the following methods, to-wit: ECF, e-mail, facsimile, or by placing same in the United States Mail, first class, postage prepaid, and addressed as follows:

Christopher A. Smith No. 53266MO
Sarah C. Hellmann No. 50373MO
Jason M. Husgen No. 66761MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
sarah.hellmann@huschblackwell.com

*Attorneys for Defendant Express Scripts, Inc.*

                                                        /s/ Todd M. LaDouceur
                                                        Todd M. LaDouceur