IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BURKLOW PHARMACY INC.,
a Foreign Corporation,

      Plaintiff,

vs.                                     Case No.: 4:15-cv-01591

                                                JURY TRIAL DEMANDED

EXPRESS SCRIPTS INC.,
a Corporation,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses, without prejudice, its claims against Defendant. This *Notice of Voluntary Dismissal without Prejudice* is timely to effect a dismissal without prejudice because no Defendant has yet served an *Answer*, or moved for summary judgment.

Dated this 6th day of November, 2015.

                                                Respectfully Submitted,

                                                GALLOWAY, JOHNSON, TOMPKINS
                                                BURR & SMITH, P.C.

                                                */s/ Stephen J. Moore*
                                                Stephen J. Moore, #58100
                                                7710 Carondelet Avenue, Suite 217
                                                St. Louis, Missouri 63105
                                                Telephone: (314) 725-0525

Facsimile: (314) 725-7150  
smoore@gjtbs.com  
Attorney for Burklow Pharmacy Inc.

 /s/ Todd M. LaDouceur  
TODD M. LADOUCEUR,  
FL Bar No.: 064051, *Pro Hac Vice*  
118 E. Garden Street  
Pensacola, FL 32502  
Phone: 850-436-7000  
Fax: 850-436-7099  
tmlservice@gallowayjohnson.com  
Attorney for Burklow Pharmacy Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 6, 2015.

*/s/ Stephen J. Moore*  
Stephen J. Moore, #58100  
7710 Carondelet Avenue, Suite 217  
St. Louis, Missouri 63105  
Telephone: (314) 725-0525  
Facsimile: (314) 725-7150  
smoore@gjtbs.com  
Attorney for Burklow Pharmacy Inc.

 */s/ Todd M. LaDouceur*  
TODD M. LADOUCEUR,  
FL Bar No.: 064051, *Pro Hac Vice*  
118 E. Garden Street  
Pensacola, FL 32502  
Phone: 850-436-7000  
Fax: 850-436-7099  
tmlservice@gallowayjohnson.com  
Attorney for Burklow Pharmacy Inc.